FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SEC. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
__Jonesboro__ DIVISION

__Mark Williams__

(Enter above full name of plaintiff, or plaintiffs, in this action.)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 22 1998

JAMES W. McCORMACK, CLERK
By: _Sean Isseman_
         DEP. CLERK

vs.

__West Memphis Police Dept.__
__Officer, Charlie Dabbs__

(Enter above full name of defendant, or defendants, in this action.)

CASE NO. __J-C-98-284__

This case assigned to District Judge __REASONER__
and to Magistrate Judge __FORSTER__

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
      Yes _____   No __✓__

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this lawsuit

         Plaintiffs:_____
         _____

         Defendants:_____
         _____

      2. Court (if federal court, name the district; if state court, name the county:
         _____

1.

2

3. Docket Number:_____

4. Name of judge to whom case was assigned:_____

5. Disposition (for example: was case dismissed?; was it appealed?; is it still pending?:_____

6. Approximate date of filing lawsuit:_____

7. Approximate date of disposition:_____

II. Place of Present Confinement: Crittenden County Jail Marion, Ark. 72364

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. Failure to complete the grievance procedure may affect your case in federal court.

   A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes_____ No ✓.

   B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN DISMISSAL OF YOUR COMPLAINT.

   C. If your answer is NO, explain why not: Crittenden County dos have State prisoner grievance procedure.

IV. Parties:
(In item A below, place your name in the first blank & place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff: Mark Williams
      Address: 87 Jackson St. Marion, Ark. 72634

      Name of plaintiff: Home Address
      Address: PO Box 366 Pleasant Plains, Ark 72568
      Home Phone # 501-345-2268
      Name of plaintiff:_____
      Address:_____

-2-

(In item B below, place full name of the defendant in the first blank, official position in the second blank, place of employment in the third blank, and address in the fourth blank; do the same for additional defendants, if any.)

B. Name of Defendant: West Memphis Police Dept.

Position: _____

Place of Employment: _____

Address: West Memphis, Ark. 72381


Name of Defendant: Charie Dobbs

Position: West Memphis Police ~~Dept~~ Officer

Place of Employment: West Memphis Police Dept.

Address: _____


Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____


Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

-3-

**V.    Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheets if necessary.)

On June 8, 1998 I was stopped by West Memphis Police Dept. Because they thought I was in the House where they made A Drug Bust. I was there visiting the resident. When the police arrived me being A Parole Violater I jumped

**VI.    Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

$50,000 Punitive Damages + Hospital Charges
250,000 Compensatory Damages, Pain + Suffering

I declare under penalty of perjury (18 U.S.C. Section 1621 that the foregoing is true and correct.

Executed on this 18 day of June, 1998.

_____
(Signature(s) of Plaintiff(s))

**CONTINUATION PAGE IF NEEDED:**

out of the Back Window And started running, I have Chronic Asthma And could not run any farther. I Layed down on the ground, spread eagle Because I knew they were close Behind. The Officer (Charlie Dobbs) came up to me and Hard coffed me while I was still spread eagle. He ask me who the other person was that was Also running. I couldn't speak of his name because I really had just met him and was having a hard time Breathing. The Officer mentioned Above Started hitting me in the ribs with an Unknown Object. Then he pulled me up off the ground And took me to the Back of the Police Cruiser. Then he asked me how would I Like to go for a ride and not come Back. Then I told him I do not Know his name. Then the Above officer grabbed the Back of my hair And slammed my face into the Rear window my head

**CONTINUATION PAGE IF NEEDED:**

went through the Back glass. I started screaming and he told me too shut or I would shut you up. Then he put me in the crosier. He then took me Back to the House I had just left. He then took me to Crittenden Memorial Hospital and told Dr. Cooper that I had fallen into the Police Corsier. And I was Admitted for Asthma and the Seriousness of my facial injures.

I Have 2 Witness (1) Nancy Beaton, 1226 Winchell, West Memphis Ark. 72301. Phone # 870-733-9707
(2) Todd Lackey, Bush St. W. Memphis. Ark